**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:17-cv-604-GCM**

| | |
|---|---|
| KAREN M. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PIEDMONT AIRLINES, INC. ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's *pro se* Motion for Entry of Default (Doc. No. 7) and Motion for Default Judgment (Doc. No. 8).

On October 10, 2017, Plaintiff filed a complaint against Defendant Piedmont Airlines, Inc. Plaintiff attached a summons sheet to her initial complaint. On December 11, 2017, this Court ordered the U.S. Marshal to attempt to serve the Defendant at the address provided on the summons form. The U.S. Marshal subsequently served the complaint on Cynthia Palmer, a supervisor for Defendant. Defendant has not answered, and Plaintiff has moved for an entry of default.

Under Rule 4(h) of the Federal Rules of Civil Procedure, service on a corporation must be made by delivering a copy of the summons and the complaint to an officer or agent authorized by the corporation or state law to receive service of process. Plaintiff has not served a proper officer or agent of Defendant at this time.

**THEREFORE, IT IS ORDERED** that Plaintiff's Motion for Entry of Default (Doc. No. 7) and Motion for Default Judgment (Doc. No. 8) are **DENIED WITHOUT PREJUDICE**.

Plaintiff is ordered to submit a second summons form with the proper name and address of an officer or agent of Defendant authorized to receive service. Plaintiff can utilize the website of the North Carolina Secretary of State to identify proper officers or agents and addresses for service. Upon receipt of the second summons form, the U.S. Marshal is directed to attempt to serve Defendant at the address provided on the form.

**SO ORDERED.**

Signed: January 5, 2018

Graham C. Mullen
United States District Judge