**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**NO. 3:17-cv-604-GCM**

| | |
|---|---|
| **KAREN M. JONES,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **PIEDMONT AIRLINES, INC.,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on the Pro Se Motion to Voluntarily Dismiss Without Prejudice (Doc. No. 17) filed by Plaintiff Karen M. Jones.

Federal Rule of Civil Procedure 41(a) provides that a voluntary dismissal may be filed without a court order if it is filed before the opposing party has answered the complaint or filed a motion for summary judgment. Jones filed this Motion on February 20, 2018, before Defendant Piedmont Airlines had answered or filed a motion for summary judgment.

"A document filed *pro se* is 'to be liberally construed.'" *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quoting *Estelle v. Gamble*, 429 U.S. 97, 107 (1976)). Construing Jones's *pro se* filing liberally, the Court will treat her Motion to Voluntarily Dismiss as a Notice of Dismissal. Pursuant to Rule 41(a)(1), the Court accordingly orders that this matter be **DISMISSED WITHOUT PREJUDICE.** Defendant's Motion to Dismiss (Doc. No. 18) is **DENIED AS MOOT.**

**SO ORDERED.**

Signed: February 23, 2018

Graham C. Mullen
United States District Judge